[No. 18700-1-II.    Division Two.    August 2, 1996.]

LAWRENCE E. FISHER, ET AL., *Appellants*, v. STEVE W. LEWIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-08055-6, Nile E. Aubrey, J., entered August 19, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Turner and Armstrong, JJ.

[No. 18725-6-II.    Division Two.    August 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS CHARLES GLASFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00866-8, Roger A. Bennett, J., entered October 4, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

[Nos. 18813-9-II; 18814-7-II.    Division Two.    August 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES D. PAXTON, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Skamania County, No. 94-1-00020-7 and 94-1-00021-5, Ted Kolbaba, J., entered October 10, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

[No. 18946-1-II.    Division Two.    August 2, 1996.]

JOHN SCHRADER, *Appellant*, v. GRANGE INSURANCE ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-05746-1, Frederick B. Hayes, J., entered December 2, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ. Now published at 83 Wn. App. 662.